| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Jonas Hollins, §
§
    Plaintiff, §
§
versus §    Civil Action H-14-1004
§
Halliburton Company, et al., §
§
    Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached between counsel, the court dismisses this case with prejudice except that the parties may move for reinstatement by August 8, 2014.

2. This court retains jurisdiction to enforce the settlement.

Signed on July 8, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge